WALI KHAN AMIN SHAH,

~~Ahmed Abdel Sattar~~ 7                                           35974 - SAO

Docket Number: ~~0208 1:02CR00395(JGK)~~

RS 12 93-CF-180-10 (LAK)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

## *JUDICIAL RESPONSE*

### THE COURT ORDERS:

☑   The issuance of a Summons.

   Date: June 14, 2022

   Time: 11:00 am

   Location: Courtroom 21B

☐   No Action

☐   Other:

_____
Signature of Judicial Officer
Honorable Lewis A. Kaplan
Senior U.S.D.J.

_____6/8/22_____
Date

PROB 12D
(4/15)